Matter of Goldschmidt.

In the Matter of the Assignment of JULIUS GOLDSCHMIDT to JACOB WOLF for the Benefit of Creditors.

[SPECIAL TERM.]

(Decided November, 1879.)

Where an action is pending, brought by an assignee for the benefit of creditors against the sheriff for taking property of the assigned estate under warrants of attachment obtained by creditors of the assignor, and an offer of compromise is made by such creditors to the assignee, leave to accept it will not be given him if the compromise is opposed by other creditors who are preferred in the assignment, and whose testimony will be available to the assignee on the trial of the pending action.

APPLICATION by an assignee under a general assignment for the benefit of creditors for leave to accept an offer of compromise by creditors of the assignor.

The facts are stated in the opinion.

J. F. DALY, J.—The assignee has done his duty in bringing the proposed offer of compromise on the part of attaching creditors to the attention of the court and inviting the persons interested in the estate to consider it. The opposition to the proposed compromise is general on the part of the preferred creditors, however. And as they are most interested in the result of the pending action against the sheriff, and their testimony is available for the assignee on the trial, he should proceed with the suit.

Motion denied, without costs.